**José E. CARRION, Plaintiff–Appellant,**

v.

**AGFA CONSTRUCTION, INC., Defendant–Appellee.**

Nos. 11–5098, 11–5334.

United States Court of Appeals, Second Circuit.

Oct. 30, 2013.

Michael G. O'Neill, New York, NY, for Appellant.

Joseph M. Labuda, Milman Labuda Law Group, PLLC, Lake Success, N.Y., for Appellee.

Present: ROBERT A. KATZMANN, Chief Judge, DENNIS JACOBS, JOSÉ A. CABRANES, ROSEMARY S. POOLER, REENA RAGGI, RICHARD C. WESLEY, PETER W. HALL, DEBRA ANN LIVINGSTON, GERARD E. LYNCH, DENNY CHIN, RAYMOND J. LOHIER, JR., SUSAN L. CARNEY, and CHRISTOPHER F. DRONEY, Circuit Judges.

**ORDER**

Following disposition of this appeal on June 13, 2013, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, rehearing *en banc* is hereby **DENIED**.

GERARD E. LYNCH, Circuit Judge, dissents by opinion from the denial of rehearing en banc.

GERARD E. LYNCH, Circuit Judge, dissenting:

I dissent for the reasons stated in my dissent in *Grochowski v. Phoenix Constr.,* 318 F.3d 80, 89 (2d Cir.2003) (Lynch, D.J., dissenting), and by the New York Court of Appeals in *Cox v. NAP Constr. Co.,* 10 N.Y.3d 592, 861 N.Y.S.2d 238, 891 N.E.2d 271 (2008).